## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LYDELL R. WALKER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )  Case No. CIV-06-504-F |
| | ) |
| SAM CALBONE, Warden, | ) |
| | ) |
| Respondent. | ) |

### O R D E R

On May 16, 2006, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation (doc. no. 8), wherein she recommended that petitioner's Request to Transfer Action (doc. no. 7) be granted and that this case be transferred to the United States District Court for the Northern District of Oklahoma pursuant to 28 U.S.C. § 2241(d).  In the Report and Recommendation, Magistrate Judge Couch advised petitioner of his right to file an objection to the Report and Recommendation by June 5, 2006.

With no objection from petitioner within the time prescribed , the court accepts, adopts, and affirms Magistrate Judge Couch's Report and Recommendation in its entirety.

IT IS THEREFORE ORDERED that the Report and Recommendation issued by United States Magistrate Judge Valerie K. Couch on May 16, 2006 (doc. no. 8) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.

IT IS ALSO ORDERED that petitioner's Request to Transfer Action, filed May 11, 2006 (doc. no. 7), is **GRANTED**.

IT IS FURTHER ORDERED that Petitioner's habeas corpus action pursuant to 28 U.S.C. § 2254 is **TRANSFERRED** to the Northern District of Oklahoma pursuant to 28 U.S.C. § 2241(d).

ENTERED this 6th day of June, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-0504p002.wpd